UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
CORY HUBBARD,                       )     11-cv-00433 (LAK)
                                    )
            Plaintiff,              )     ECF Case
                                    )
     vs.                            )
                                    )
MYSPACE, INC.,                      )
                                    )
            Defendant.              )
                                    )
―――――――――――――――――――――――――――x

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Courtney M. Dankworth, dated on February 11, 2011, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for MySpace, Inc., hereby move this Court for an order dismissing Plaintiff's complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       February 11, 2011

                              DEBEVOISE & PLIMPTON LLP

                              By: **/s/ Jeffrey S. Jacobson**
                                    Jeffrey S. Jacobson
                              jsjacobs@debevoise.com
                              919 Third Avenue
                              New York, New York  10022
                              (212) 909-6000

                              *Attorneys for Defendant MySpace, Inc.*