UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
CORY HUBBARD,                                    )          11-cv-00433 (LAK)
                                                 )
              Plaintiff,             )          ECF Case
                                                 )
   vs.                                           )
                                                 )
MYSPACE, INC.,                                   )
                                                 )
              Defendant.             )
                                                 )
―――――――――――――――――――――――――――x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to MySpace, Inc., a private non-governmental party, that its corporate parent is Fox Interactive Media, Inc.  The corporate parent of Fox Interactive Media, Inc. is News Corporation, a publicly held corporation.

Dated:  New York, New York
       February 11, 2011

                                                     DEBEVOISE & PLIMPTON LLP

                                                     By:  **/s/ Jeffrey S. Jacobson**
                                                           Jeffrey S. Jacobson
                                           jsjacobs@debevoise.com
                                           919 Third Avenue
                                           New York, New York  10022
                                           (212) 909-6000

                                           *Attorneys for Defendant MySpace, Inc.*