Case 1:11-cv-00433-LAK   Document 12   Filed 03/08/11   Page 1 of 1

MEMO ENDORSED  SCANNED

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cory Hubbard                Plaintiff,

- against -

MySpace, Inc.               Defendant.

#8

11 cv 0433 (LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeffrey M. Norton a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Joshua A. Millican
Firm Name: Law Office of Joshua A. Millican, P.C.
Address: 44 Broad Street NW, Suite 607
City/State/Zip: Atlanta, GA 30303
Phone Number: 404-522-1152
Fax Number: 404-522-1133

Joshua A. Millican is a member in good standing of the Bar of the States of Georgia

There are no pending disciplinary proceeding against Joshua A. Millican in any State or Federal court.

Dated:
City, State: New York, New York

Respectfully submitted,

Sponsor's: JEFFREY M. NORTON
SDNY Bar:
Firm Name: HARWOOD FEFFER LLP
Address: 488 MADISON AVE.
City/State/Zip: NY, NY 10022
Phone Number: 212.935.7400
Fax Number: 212.753.3630

Granted
SO ORDERED

LEWIS A. KAPLAN USDJ
3/8/11

SDNY Form Web 10/2006