UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------------------------------------x

CORY HUBBARD,  ) 11-cv-00433 (LAK)
) 
Plaintiff,  ) ECF Case
) 
vs.  ) 
) 
MYSPACE, INC.,  ) 
) 
Defendant.  ) 
) 
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/11

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Courtney M. Dankworth, dated on February 11, 2011, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for MySpace, Inc., hereby move this Court for an order dismissing Plaintiff's complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 11, 2011

*Denied as moot.*

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/21/11

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
jsjacobs@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant MySpace, Inc.*