USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORY HUBBARD,

                Plaintiff,

           -against-

MYSPACE, INC.
                Defendant.
------------------------------------------------------------X

11 CIVIL 0433 (LAK)

**JUDGMENT**

Defendant having moved to dismiss the amended complaint and for sanctions, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on June 1, 2011, having rendered its Memorandum Opinion granting defendant's motion to dismiss the amended complaint and the motion for sanctions is denied, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated June 1, 2011, Defendant's motion to dismiss the amended complaint is granted. As the Court sees no proper basis for sanctions, the motion to impose them is denied; accordingly, the case is closed.

**Dated:** New York, New York
       June 3, 2011

                                        RUBY J. KRAJICK
                                        _____
                                                Clerk of Court
**BY:**
                                                _____
                                                Deputy Clerk